1  **VEATCH CARLSON, LLP**
   A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
2  700 SOUTH FLOWER STREET, 22nd FLOOR
   LOS ANGELES, CALIFORNIA 90017-4209
   TELEPHONE (213) 381-2861
3  FACSIMILE (213) 383-6370

4  KEITH G. WILEMAN, State Bar No. 111225
   kwileman@veatchfirm.com
5  XIAOYI YAO, State Bar No. 261290
   syao@veatchfirm.com
6  Attorneys for Defendant Stephanie M. King

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

11 | LYDIA CORNELL, an individual;          ) CASE NO. 2:11-CV-8810-GW (SHx)
   | NELLE PAEGEL, an individual;           )
12 | THOMAS W. PAEGEL, an                   )
   | individual; THOMAS-W.V.                ) DECLARATION OF
13 | PAEGEL, an individual; BRIAN           ) KEITH G. WILEMAN
   | WILLIAMS, an individual THE            ) AND OBJECTIONS RE:
14 | BODY COMPANY SPORTS, INC,              ) "SUPPLEMENT" FILING
   | a Nevada corporation;                  ) BY PLAINTIFFS
15 |                                        )
   | DOES 1-300 INCLUSIVE                   ) [Filed Concurrently with Proposed Order]
16 |                                        )
   |              Plaintiffs,               ) DATE      :December 8, 2011
17 |                                        ) TIME      :8:30 a.m.
   | vs.                                    ) DEPT      :"10"
18 |                                        )
   | GEORGE DEL JUNCO, an                   ) REMOVAL FILED  : 10/24/2011
19 | individual, ELIDA DEL TORO, an         ) TRIAL DATE     : NONE SET
   | individual; DAVID FLEMING, an          )
20 | individual; THE GREEN                  )
   | NETWORK, an entity of unknown          )
21 | derivation; HITMAN PR, an              )
   | internet website; STEPHANIE M.         )
22 | KING, an individual; LARRY             )
   | REICHE, an individual; THE             )
23 | MILNER GROUP, LLC, a                   )
   | California limited liability company;  )
24 | DAVID M. ROBINSON, an                  )
   | individual; SPORTSLIFE INC., a         )
25 | California corporation                 )
   | STAROPOLY, LLC, a Nevada               )
26 | limited liability company;             )
   | TSOFTNET, INC, a Nevada                )
27 | corporation; TODHD, a subsidiary       )
   | of TSOFTNET, INC, or other             )
28 | company; VIEWPARTNER                   )
   | CORPORATION, a Nevada                  )

- 1 -

**DECLARATION OF WILEMAN AND OBJECTIONS RE: "SUPPLEMENT" BY PLAINTIFFS**

| | |
|---|---|
| 1 | corporation; ALEX VARONOS, aka ) |
|   | ALEX ZARONOS, aka ALEX ) |
| 2 | ZAMBONI, an individual; CRAIG ) |
|   | T. WORMLEY, an Individual, and ) |
| 3 | ALLEN S. MILLER, ) |
|   | ) |
| 4 | ) |
|   | DOES 1-300 ) |
| 5 | ) |
|   |         Defendants. ) |
| 6 | _____ ) |

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Stephanie M. King ("King") respectfully submits the following Declaration of Keith G. Wileman in response the "**SUPPLELEMENT**"of Plaintiffs Lydia Cornell ("Cornell"), Nelle Paegel, Thomas W. Paegel and Thomas-W.V. Paegel ("Paegels"), Brian Williams ("Williams"), and the Body Company Sports, Inc. ("TBCS") (collectively, "plaintiffs") filed November 30, 2011 in this action in apparent untimely reply to Ms. King's Opposition to Plaintiffs' Motion to Remand.

DATED: December 1, 2011                    Respectfully submitted,

                                           VEATCH CARLSON, LLP

                                           By: _____
                                           **KEITH G. WILEMAN**
                                           **XIAOYI YAO**
                                           Attorneys for Defendant,
                                           **Stephanie M. King**

## DECLARATION OF KEITH G. WILEMAN

I, KEITH G. WILEMAN, declare as follows:

I am an attorney at law duly licensed to practice before this Court, before all the Courts of the State of California, and the United States Supreme Court. I am associated with the law firm of Veatch Carlson, LLP, counsel of record for defendant Stephanie M. King. As such, I am fully familiar with the facts and circumstances of this action, and, if called as a witness, would and could competently testify to the following facts hereto.

1. Had Ms. Paegel seen fit to meet and confer with me as I requested in writing on multiple occasions, and as is required by required by Rule 26 of the *Federal Rules of Civil Procedure* and Rule 26-1 of the *Local Rules*, she not only would have learned the name of the insurance carrier which has retained my firm to represent Ms. King, she would have received a copy of the actual policy itself under Rule 26 (a)(1)(A)(iv) of the *Federal Rules of Civil Procedure*.

2. I have never had possession of the file in the state court action outside of Courtroom "P" of the Pasadena Courthouse of the Los Angeles Superior Court, and only in the presence of the clerk of that court, and have never altered or removed any document from it. The certified copies of the dismissals were obtained through an attorney service. I am informed and believe, and on that basis declare, that Ms. Yao has never even seen the file in the state court action.

3. Ms. Paegel's conspiratorial speculation as to why Larry Reiche and Sportslife, Inc. did not receive conformed copies of their dismissals is explained by one simple fact - made plain on the pre-printed dismissal form itself - that a "conformed copy will not be returned by the clerk unless a method of return is provided with the document."

4. I have called Ms. Paegel more than once, and have never been successful in reaching her. The "exhibit" proffered as evidence that I never called her at any time has obviously been altered, lacks foundation and authentication, and violates the

best evidence rule.  The fact that she never raised the point up until now is rather curious, and her e-mail to me stating that she will not speak to me until after her motion to remand "is fully adjudicated," speaks for itself.

     I declare under penalties of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 1st day of December, at Los Angeles, California.

*[signature]*

KEITH G. WILEMAN

# CERTIFICATE OF SERVICE

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

On December 1, 2011, I electronically filed the foregoing **DECLARATION OF KEITH G. WILEMAN AND OBJECTIONS RE: "SUPPLEMENT" FILING BY PLAINTIFFS** with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action is registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Keith G. Wileman
KEITH G. WILEMAN, 111225

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 700 South Flower Street, 22nd Floor, Los Angeles, California 90017-4209.

    On December 1, 2011, I served the foregoing document described as: **DECLARATION OF KEITH G. WILEMAN AND OBJECTIONS RE: "SUPPLEMENT" FILING BY PLAINTIFFS** on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

**SEE ATTACHED LIST**

  __X__  **BY MAIL** (C.C.P. §§ 1013a, *et seq.*): I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

  __X__  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on December 1, 2011, at Los Angeles, California.

                                                    ESTELA B. TAYLOR

# SERVICE LIST

George Del Junco
1643 Larkvane Road
Rowland Heights, California 91748
tel.(626) 912- 9337

Elida Del Toro
1643 Larkvane Road
Rowland Heights, California 91748
tel.(626) 912- 9337

The Green Network
1643 Larkvane Road
Rowland Heights, California 91748
tel.(626) 912- 9337

Staropoly, LLC
c/o Laughlin Associates, Inc.
2533 North Carson Street
Carson City, Nevada 89706

Tsoftnet, Inc.
c/o Davine Henderson, LLC
1489 West Warm Springs Road, Suite 110
Las Vegas, Nevada 89014

TODHD
c/o Davine Henderson, LLC
1489 West Warm Springs Road, Suite 110
Las Vegas, Nevada 89014
///
///
///

1  Viewpartner Corporation
2  c/o Laughlin Associates, Inc.
   2533 North Carson Street
3  Carson City, Nevada 89706

Viewpartner Corporation
c/o Laughlin Associates, Inc.