# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8810-GW(SHx) | Date | December 5, 2011 |
|---|---|---|---|
| Title | *Lydia Cornell, et al. v. George Del Junco, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   COURT ORDER**

Attached is the Court's Tentative Ruling on Plaintiffs' Motion to Remand, presently on calendar for December 8, 2011 at 8:30 a.m. Counsel will be prepared to discuss the tentative at said hearing.

:

Initials of Preparer   JG